■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMEL SHULER, Appellant. [717 NYS2d 885] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 21, 1997 (People v Shuler, 238 AD2d 528), affirming a judgment of the Supreme Court, Kings County, rendered June 15, 1993, an amended judgment of the same court, also rendered June 15, 1993, and an order of the same court dated November 18, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Bracken, J. P., Sullivan, S. Miller and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SMITH, Appellant. [715 NYS2d 154] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered May 9, 1996, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contentions regarding the court's instructions to the jury on the presumption of innocence and burden shifting (see, CPL 470.05 [2]; People v Cahill, 220 AD2d 608). In any event, the defendant's argument is without merit. When viewed as a whole, the court's charge was proper (see, People v Henderson, 259 AD2d 495; People v Custodio, 243 AD2d 576; People v Cahill, supra).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., McGinity, Luciano and Schmidt, JJ., concur.